# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The real property interest is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-R1023E
Owner: Unknown Heirs of Maria Bartolo Pena, *et al.*
Acres: 0.951

**Being** a 0.951 acre Access Easement tract (41,438 square feet) parcel of land, more or less, being out of the Maria Bartolo Pena Survey, Abstract No. 283 in Porcion 61 Starr County, Texas owned by the Unknown Heirs of M.B, Pena. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap set in concrete stamped S143 2018, having the following NAD83 (2011) Grid Coordinates: N= 16714178.620, E= 784782.589;

**Thence:** N87°17'46"W, a distance of 2503.82 feet to a set 5/8" X 36" iron rebar and   3 1/4" aluminum cap stamped RGV-RGC-R1023E-1, being on the North line of The Unknown Heirs of M.B, Pena tract, and on the South line of The Conservation Fund Tract No. 1, Document No. 2022-366921, said point being the **Point of Commencement** and the **Point of Beginning**, having the following coordinates: N= 16714296.700, E= 782281.628 for angle;

**Thence:** S66°15'51"E, leaving said property lines a distance of 70.58 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-2 for angle;

**Thence:** S43°26'30"E, a distance of 74.43 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated RGV-RGC-R1023E-3 for angle;

**Thence:** S50°14'01"E, a distance of 35.67 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated RGV-RGC-R1023E-4 for angle;

**Thence:** S60°58'58"E, a distance of 38.40 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-5 for angle;

**Thence:** S14°08'07"W, a distance of 82.84 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-6 for angle;

**Thence:** S28°04'58"W, a distance of 62.76 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-7 for angle;

**Thence:** S32°53'12"W, a distance of 29.79 feet to a set 5/8" X 36" iron rebar and plastic

## SCHEDULE C (Cont.)

easement cap, designated as RGV-RGC-R1023E-8 for angle;

**Thence:** S43°36'16"W, a distance of 48.39 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-9, for the beginning of a non tangent curve to the left;

**Thence:** along said curve to the left, with a radius of 42.95 feet, a curve length of 27.71 feet, a chord bearing of S11°52'50"W, a chord length of 27.23 feet and a central angle of 36°58'11", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-10, for the ending of a non tangent curve to the left;

**Thence:** S06°51'12"E, a distance of 26.50 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-11, for the beginning of a non tangent curve to the right;

**Thence:** along said curve to the right, with a radius of 32.89 feet, a curve length of 50.84 feet, a chord bearing of S38°43'00"W, a chord length of 45.93 feet and a central angle of 88°33'38", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-12, for the ending of a non tangent curve to the right;

**Thence:** S79°18'59"W, a distance of 14.61 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-13, for the beginning of a non tangent curve to the left;

**Thence:** along said curve to the left, with a radius of 123.87 feet, a curve length of 64.53 feet, a chord bearing of S59°21'38"W, a chord length of 63.80 feet and a central angle of 29°51'00", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-14, for the ending of a non tangent curve to the left;

**Thence:** S42°58'59"W, a distance of 36.95 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-15, for the beginning of a non tangent curve to the left;

**Thence:** along said curve to the left, with a radius of 10.94 feet, a curve length of 17.82 feet, a chord bearing of S02°32'59"E, a chord length of 15.91 feet and a central angle of 93°20'07", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-16, for the ending of a non tangent curve to the left;

**Thence:** S46°27'01"E, a distance of 43.33 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-17 for angle;

**Thence:** S60°13'50"E, a distance of 37.68 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-18 for angle;

## SCHEDULE C (Cont.)

**Thence:** S54°30'02"E, a distance of 110.48 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-19 for angle;

**Thence:** S62°56'36"E, a distance of 27.85 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-20, for the beginning of a non tangent curve to the right;

**Thence:** along said curve to the right, with a radius of 64.93 feet, a curve length of 69.33 feet, a chord bearing of S42°31'44"E, a chord length of 66.09 feet and a central angle of 61°10'42", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-21, for the ending of a non tangent curve to the right;

**Thence:** S20°34'52"E, a distance of 14.84 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-22 for angle;

**Thence:** S34°03'57"E, a distance of 86.03 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-23, for the beginning of a non tangent curve to the right;

**Thence:** along said curve to the right, with a radius of 99.75 feet, a curve length of 68.12 feet, a chord bearing of S09°43'54"E, a chord length of 66.80 feet and a central angle of 39°07'31", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-24, for the ending of a non tangent curve to the right;

**Thence:** S11°53'39"W, a distance of 20.82 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-25, for the beginning of a non tangent curve to the left;

**Thence:** along said curve to the left, with a radius of 25.19 feet, a curve length of 32.77 feet, a chord bearing of S15°25'58"E, a chord length of 30.51 feet and a central angle of 74°33'06", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-26, for the ending of a non tangent curve to the left;

**Thence:** S39°18'42"E, a distance of 18.36 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-27 for angle;

**Thence:** S26°21'42"E, a distance of 81.01 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-28 for angle;

**Thence:** S19°44'04"E, a distance of 48.32 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-29 for angle;

**Thence:** S10°55'26"E, a distance of 51.75 feet to a set 5/8" X 36" iron rebar and 3 1/4"

## SCHEDULE C (Cont.)

aluminum cap stamped RGV-RGC-R1023E-30=R1045E-11, being on the South line of
The Unknown Heirs of M.B, Pena tract, and on the North line of The Guillermo Castillo
Estate, Volume 365, Page 749, for angle;

**Thence:** S56°01'48"W, continuing along said property lines a distance of 32.60 feet to a
set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-R1023E-
31=R1045E-10 for angle;

**Thence:** N10°55'26"W, leaving said property lines a distance of 62.20 feet to a set 5/8" X
36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-32 for angle;

**Thence:** N19°44'04"W, a distance of 44.27 feet to a set 5/8" X 36" iron rebar and plastic
easement cap, designated as RGV-RGC-R1023E-33 for angle;

**Thence:** N26°21'42"W, a distance of 75.87 feet to a set 5/8" X 36" iron rebar and plastic
easement cap, designated as RGV-RGC-R1023E-34 for angle;

**Thence:** N39°18'42"W, a distance of 12.12 feet to a set 5/8" X 36" iron rebar and plastic
easement cap, designated as RGV-RGC-R1023E-35, for the beginning of a non tangent
curve to the right;

**Thence:** along said curve to the right, with a radius of 55.19 feet, a curve length of 64.50
feet, a chord bearing of N14°52'12"W, a chord length of 60.89 feet and a central angle of
66°57'42", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-
RGC-R1023E-36, for the ending of a non tangent curve to the right;

**Thence:** N11°53'39"E, a distance of 18.13 feet to a set 5/8" X 36" iron rebar and plastic
easement cap, designated as RGV-RGC-R1023E-37, for the beginning of a non tangent
curve to the left;

**Thence:** along said curve to the left, with a radius of 69.75 feet, a curve length of 46.00
feet, a chord bearing of N09°27'58"W, a chord length of 45.17 feet and a central angle of
37°47'09", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as
RGV-RGC-R1023E-38, for the ending of a non tangent curve to the left;

**Thence:** N34°03'57"W, a distance of 88.21 feet to a set 5/8" X 36" iron rebar and plastic
easement cap, designated as RGV-RGC-R1023E-39 for angle;

**Thence:** N20°34'52"W, a distance of 21.00 feet to a set 5/8" X 36" iron rebar and plastic
easement cap, designated as RGV-RGC-R1023E-40, for the beginning of a non tangent
curve to the left;

### SCHEDULE C (Cont.)

**Thence:** along said curve to the left, with a radius of 34.93 feet, a curve length of 41.49 feet, a chord bearing of N42°48'38"W, a chord length of 39.09 feet and a central angle of 68°02'26", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-41, for the ending of a non tangent curve to the left;

**Thence:** N62°56'36"W, a distance of 33.15 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-42 for angle;

**Thence:** N54°30'02"W, a distance of 111.19 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-43 for angle;

**Thence:** N60°13'50"W, a distance of 39.80 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-44 for angle;

**Thence:** N46°27'01"W, a distance of 46.46 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-45, for the beginning of a non tangent curve to the right;

**Thence:** along said curve to the right, with a radius of 40.94 feet, a curve length of 65.34 feet, a chord bearing of N02°09'19"W, a chord length of 58.63 feet and a central angle of 91°27'01", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-46, for the ending of a non tangent curve to the right;
**Thence:** N42°58'59"E, a distance of 37.10 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-47, for the beginning of a non tangent curve to the right;

**Thence:** along said curve to the right, with a radius of 153.87 feet, a curve length of 81.95 feet, a chord bearing of N59°32'40"E, a chord length of 80.99 feet and a central angle of 30°30'59", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-48, for the ending of a non tangent curve to the right;

**Thence:** N79°18'59"E, a distance of 17.35 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-49, for the beginning of a non tangent curve to the left;

**Thence:** along said curve to the left, with a radius of 2.89 feet, a curve length of 4.76 feet, a chord bearing of N44°37'32"E, a chord length of 4.24 feet and a central angle of 94°15'18", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-50, for the ending of a non tangent curve to the left;

**Thence:** N06°51'12"W, a distance of 26.03 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-51, for the beginning of a non tangent curve to the right;

## SCHEDULE C (Cont.)

**Thence:** along said curve to the right, with a radius of 72.95 feet, a curve length of 51.08 feet, a chord bearing of N13°23'48"E, a chord length of 50.04 feet and a central angle of 40°07'03", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-52, for the ending of a non tangent curve to the right;

**Thence:** N43°36'16"E, a distance of 48.60 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-53 for angle;

**Thence:** N32°53'12"E, a distance of 25.71 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-54 for angle;

**Thence:** N28°04'58"E, a distance of 57.83 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-55 for angle;

**Thence:** N14°08'07"E, a distance of 56.10 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-56 for angle;

**Thence:** N60°58'58"W, a distance of 18.15 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-57 for angle;

**Thence:** N50°14'01"W, a distance of 40.27 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-58 for angle;

**Thence:** N43°26'30"W, a distance of 70.15 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R1023E-59 for angle;

**Thence:** N66°15'51"W, a distance of 64.03 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-R1023E-60, being on the North line of The Unknown Heirs of M.B, Pena tract, and on the South line of The Conservation Fund, Tract No. 1, Document No. 2022-366921, for angle;

**Thence:** N18°19'21"E, continuing along said property lines a distance of 15.07 feet to a found 5/8" X 36" iron rebar 3 1/4" aluminum cap stamped RGV-RGC-1020-2-3=1023-6, designated as RGV-RGC-R1023E-61 for angle;

**Thence:** N27°17'37"E, continuing along said property lines a distance of 15.03 feet returning to the **Point of Beginning**.

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



RGV-RGC-R1023E
0.951 AC.
41,438 SQ. FT.

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**LEGEND:**

| | | | |
|---|---|---|---|
| ⊛ | CONTROL POINT (AS NOTED) | S.C.C.H. | STARR COUNTY COURT HOUSE |
| ⊙ | FOUND MONUMENT (AS NOTED) | S.C.C.M. | STARR COUNTY CADD MAP |
| ◆ | SET 5/8" IR W/ CAP (AS NOTED) | S.C.A.D. | STARR COUNTY APPRAISAL DISTRICT |
| | RIGHT OF WAY | W/ | WITH |
| — PL — | PROPERTY LINE | UNK. | UNKNOWN |
| | ACQUISITION BOUNDARY | ALUM. | ALUMINUM |
| — — — | EXISTING / PROPOSED ACQUISITION BOUNDARY | CONC. | CONCRETE |
| — · · — | PORCION LINE | CALC. | CALCULATED POINT |
| — H — | FENCE | POC | POINT OF COMMENCEMENT |
| | ROADWAY EDGE | POB | POINT OF BEGINNING |
| | VEGETATION LINE | PG | PAGE |
| | WATERS EDGE | VOL. | VOLUME |
| N | NORTHING | DOC | DOCUMENT |
| E | EASTING | MON | MONUMENT |
| ELEV. | ELEVATION | R.O.W. | RIGHT-OF-WAY |
| | | 1STCB | 1 STORY COMMERCIAL BUILDING |
| | | 1STFR | 1 STORY FRAME HOME |
| | | 1STBR | 1 STORY BRICK HOME |
| | | SHDWF | SHED WOOD FRAME |
| | | GZB | GAZEBO OR SIMILAR |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES, ACREAGE AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.9999228869 (E.G. GRID / 0.9999228869 = SURFACE).
2. ELEVATION DATA. AND ELLIPSOID HEIGHT SHOWN HEREON ARE IN SURVEY FEET AND REFERENCED TO NAVD88 USING GEOID 2012B.
3. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
4. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. TITLE RESEARCH WAS PERFORMED BY THE SURVEYOR; HOWEVER THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS THAT WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION AND COMMITMENT.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 12, 2024 (TICKET NO. 2454323907).

| MONUMENT TABLE | | | | |
|---|---|---|---|---|
| **MONUMENT NAME** | **NORTHING** | **EASTING** | **ELEVATION** | **ELLIPSOID HEIGHT** |
| RGV-RGC-R1023E-1 | 16714296.700 | 782281.628 | 192.782 | 117.815 |
| RGV-RGC-R1023E-2 | 16714268.322 | 782346.164 | 197.817 | 122.848 |
| RGV-RGC-R1023E-3 | 16714214.282 | 782397.342 | 200.698 | 125.729 |
| RGV-RGC-R1023E-4 | 16714191.450 | 782424.786 | 200.944 | 125.974 |
| RGV-RGC-R1023E-5 | 16714172.837 | 782458.341 | 200.769 | 125.799 |
| RGV-RGC-R1023E-6 | 16714092.509 | 782438.111 | 200.754 | 125.785 |
| RGV-RGC-R1023E-7 | 16714037.138 | 782408.567 | 200.091 | 125.124 |
| RGV-RGC-R1023E-8 | 16714012.125 | 782392.394 | 198.969 | 124.003 |
| RGV-RGC-R1023E-9 | 16713977.084 | 782359.019 | 193.954 | 118.989 |
| RGV-RGC-R1023E-10 | 16713950.421 | 782353.414 | 194.218 | 119.254 |
| RGV-RGC-R1023E-11 | 16713924.123 | 782356.575 | 194.718 | 119.754 |
| RGV-RGC-R1023E-12 | 16713888.289 | 782327.849 | 190.309 | 115.347 |
| RGV-RGC-R1023E-13 | 16713885.580 | 782313.489 | 193.191 | 118.229 |
| RGV-RGC-R1023E-14 | 16713853.062 | 782258.592 | 184.736 | 109.776 |
| RGV-RGC-R1023E-15 | 16713826.035 | 782233.403 | 179.971 | 105.013 |
| RGV-RGC-R1023E-16 | 16713810.136 | 782234.111 | 178.271 | 103.313 |
| RGV-RGC-R1023E-17 | 16713780.282 | 782265.516 | 179.095 | 104.136 |
| RGV-RGC-R1023E-18 | 16713761.576 | 782298.220 | 182.245 | 107.286 |
| RGV-RGC-R1023E-19 | 16713697.421 | 782388.162 | 185.622 | 110.661 |
| RGV-RGC-R1023E-20 | 16713684.755 | 782412.960 | 184.370 | 109.408 |
| RGV-RGC-R1023E-21 | 16713636.053 | 782457.633 | 189.472 | 114.510 |

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: | | MARK | DESCRIPTION | DATE | APPR. | | |
|---|---|---|---|---|---|---|---|---|---|
| 11 OF 12 | THE UNKNOWN HEIRS OF M.B. PENA TRACT NO. RGV-RGC-R1023E | JP 03/24 / CHECKED BY: WBG 03/24 / SURVEY DATE: 03/24 / PLOT DATE: 05/25 / SHEET SIZE: ANSI-A | | 01 | Title Update | 05/25 | WBG | | |
| | STARR COUNTY      TEXAS | REMOVABLE BARRIER SURVEY PROJECT CONTRACT NO. : W9126G-19-D-0004 | | | | | |  |  US Army Corps of Engineers® |

## SCHEDULE D (Cont.)

| MONUMENT TABLE | | | | |
|---|---|---|---|---|
| MONUMENT NAME | NORTHING | EASTING | ELEVATION | ELLIPSOID HEIGHT |
| RGV-RGC-R1023E-22 | 16713622.162 | 782462.849 | 188.830 | 113.868 |
| RGV-RGC-R1023E-23 | 16713550.897 | 782511.036 | 187.969 | 113.006 |
| RGV-RGC-R1023E-24 | 16713485.057 | 782522.328 | 186.013 | 111.051 |
| RGV-RGC-R1023E-25 | 16713464.683 | 782518.037 | 185.885 | 110.923 |
| RGV-RGC-R1023E-26 | 16713435.274 | 782526.155 | 186.091 | 111.130 |
| RGV-RGC-R1023E-27 | 16713421.066 | 782537.789 | 185.983 | 111.021 |
| RGV-RGC-R1023E-28 | 16713348.481 | 782573.760 | 186.106 | 111.144 |
| RGV-RGC-R1023E-29 | 16713303.002 | 782590.075 | 186.310 | 111.349 |
| RGV-RGC-R1023E-30=R1045E-11 | 16713252.194 | 782599.881 | 185.381 | 110.420 |
| RGV-RGC-R1023E-31=R1045E-10 | 16713233.978 | 782572.843 | 180.706 | 105.746 |
| RGV-RGC-R1023E-32 | 16713295.048 | 782561.056 | 184.177 | 109.217 |
| RGV-RGC-R1023E-33 | 16713336.716 | 782546.108 | 184.964 | 110.003 |
| RGV-RGC-R1023E-34 | 16713404.695 | 782512.420 | 185.290 | 110.329 |
| RGV-RGC-R1023E-35 | 16713414.074 | 782504.740 | 184.625 | 109.664 |
| RGV-RGC-R1023E-36 | 16713472.924 | 782489.114 | 185.638 | 110.677 |
| RGV-RGC-R1023E-37 | 16713490.665 | 782492.851 | 185.797 | 110.836 |
| RGV-RGC-R1023E-38 | 16713535.221 | 782485.422 | 186.440 | 111.478 |
| RGV-RGC-R1023E-39 | 16713608.295 | 782436.010 | 187.165 | 112.204 |
| RGV-RGC-R1023E-40 | 16713627.958 | 782428.627 | 187.457 | 112.496 |
| RGV-RGC-R1023E-41 | 16713656.635 | 782402.062 | 186.708 | 111.747 |
| RGV-RGC-R1023E-42 | 16713671.712 | 782372.544 | 185.137 | 110.177 |
| RGV-RGC-R1023E-43 | 16713736.280 | 782282.021 | 180.174 | 105.215 |
| RGV-RGC-R1023E-44 | 16713756.041 | 782247.474 | 179.112 | 104.154 |
| RGV-RGC-R1023E-45 | 16713788.052 | 782213.800 | 177.028 | 102.071 |
| RGV-RGC-R1023E-46 | 16713846.636 | 782211.595 | 178.340 | 103.382 |
| RGV-RGC-R1023E-47 | 16713873.779 | 782236.891 | 184.612 | 109.653 |
| RGV-RGC-R1023E-48 | 16713914.828 | 782306.702 | 195.609 | 120.647 |
| RGV-RGC-R1023E-49 | 16713918.045 | 782323.750 | 195.731 | 120.768 |
| RGV-RGC-R1023E-50 | 16713921.061 | 782326.727 | 195.624 | 120.661 |
| RGV-RGC-R1023E-51 | 16713946.909 | 782323.620 | 193.748 | 118.785 |
| RGV-RGC-R1023E-52 | 16713995.592 | 782335.217 | 193.143 | 118.179 |
| RGV-RGC-R1023E-53 | 16714030.782 | 782368.733 | 195.388 | 120.422 |
| RGV-RGC-R1023E-54 | 16714052.379 | 782382.696 | 199.523 | 124.557 |
| RGV-RGC-R1023E-55 | 16714103.394 | 782409.916 | 200.275 | 125.307 |
| RGV-RGC-R1023E-56 | 16714157.776 | 782423.611 | 201.007 | 126.038 |
| RGV-RGC-R1023E-57 | 16714166.599 | 782407.741 | 201.022 | 126.053 |
| RGV-RGC-R1023E-58 | 16714192.361 | 782376.784 | 201.094 | 126.126 |
| RGV-RGC-R1023E-59 | 16714243.297 | 782328.545 | 196.153 | 121.185 |
| RGV-RGC-R1023E-60 | 16714269.066 | 782269.941 | 192.022 | 117.056 |
| RGV-RGC-R1023E-61 | 16714283.339 | 782274.652 | 191.947 | 116.980 |

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: JP  03/24 | MARK | DESCRIPTION | DATE | APPR. | | |
|---|---|---|---|---|---|---|---|---|
| 12 OF 12 | THE UNKNOWN HEIRS OF M.B. PENA TRACT NO. RGV-RGC-R1023E | CHECKED BY: WBG  03/24 | 01 | Title Update | 05/25 | WBG |  |  |
| | | SURVEY DATE: 03/24 | | | | | | US Army Corps of Engineers |
| | | PLOT DATE: 05/25 | REMOVABLE BARRIER SURVEY PROJECT | | | | | |
| | STARR COUNTY     TEXAS | SHEET SIZE:  ANSI-A | CONTRACT NO. : W9126G-19-D-0004 | | | | | |

# SCHEDULE E

## **SCHEDULE E**

<u>ESTATE TAKEN</u>

Starr County, Texas

The estate taken is a non-exclusive, perpetual and assignable easement and right-of-way in, on, over, under and across the land described in Schedule C, for use by the United States, its representatives, agents, and contractors, for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and/or underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere with the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines, if any; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road and utility easement.

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FOUR THOUSAND SIXTY-SIX DOLLARS AND NO CENTS ($4,066.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Unknown Heirs of Maria Bartolo Pena** | **RGV-RGC-R1023E**<br>Original Spanish Grant of 1767 of Porcion 61, Mier Jurisdiction, to Maria Bartolo Pena |
| **Unknown Heirs/Devisees of Enrique de la Garza a/k/a Enrique Garza** | **RGV-RGC-R1023E**<br>Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX |
| **Unknown Heirs/Devisees of Paula Garcia Garza** | **RGV-RGC-R1023E**<br>Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX |
| **Unknown Heirs/Devisees of Horacio de la Garza a/k/a Horacio Garza** | **RGV-RGC-R1023E**<br>Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX |
| **Unknown Heirs/Devisees of Alberto de la Garza a/k/a Alberto Garza** | **RGV-RGC-R1023E**<br>Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX |
| **Unknown Heirs/Devisees of Jose de la Garza a/k/a Jose Garza** | **RGV-RGC-R1023E**<br>Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX |
| **Unknown Heirs/Devisees of Teresa de la Garza a/k/a Teresa Garza** | **RGV-RGC-R1023E** |

| | |
|---|---|
| | Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX |
| **Unknown Heirs/Devisees of Placido de la Garza a/k/a Placido Garza** | **RGV-RGC-R1023E**<br>Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX |
| **Unknown Heirs/Devisees of Justo de la Garza a/k/a Justo Garza a/k/a Justo Garcia** | **RGV-RGC-R1023E**<br>Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX |
| **Maria Guadalupe de la Garza a/k/a Maria Guadalupe G. Gutierrez**<br><br>Pharr, TX ▮▮▮▮<br>*Known Heir of Justo de la Garza a/k/a Justo Garza* | **RGV-RGC-R1023E**<br>Warranty Deed, Document 1983-119172, Vol. 479, Pg. 253, recorded October 3, 1983, Official Records of Starr County, TX;<br><br>Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX |
| **Enrique Garza**<br><br>Mercedes, TX ▮▮▮▮<br>*Known Heir of Justo de la Garza a/k/a Justo Garza* | **RGV-RGC-R1023E**<br>Warranty Deed, Document 1983-119172, Vol. 479, Pg. 253, recorded October 3, 1983, Official Records of Starr County, TX;<br><br>Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX |
| **Unknown Heirs/Devisees of Eloy Martinez**<br>*Known Heir(s) of Herlinda Garza*<br><br>**Julia Martinez**<br><br>▮▮▮▮<br>Port Lavaca, TX ▮▮▮▮<br>*Known Heir of Herlinda Garza* | **RGV-RGC-R1023E**<br>Warranty Deed, Document 1983-119172, Vol. 479, Pg. 253, recorded October 3, 1983, Official Records of Starr County, TX;<br><br>Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX; |

| | |
|---|---|
| **Omar Martinez**<br><br>██████████<br>Elk Grove, CA ████<br>*Known Heir of Herlinda Garza* | Affidavit of Facts Concerning the Identity of the Heirs of Herlinda Garza, Deceased, Document 23-2, Case 7:21-CV-00024, SDTX |
| **Unknown Heirs/Devisees of Eloy Silva** | **<u>RGV-RGC-R1023E</u>**<br>Warranty Deed, Document 1977-93201, Vol. 401, Pg. 765, recorded February 15, 1977, Official Records of Starr County, TX;<br><br>Warranty Deed, Document 1936-5847, Vol. 91, Pg. 317, recorded July 23, 1936, Official Records of Starr County, TX |
| **Elmo Canales, Jr.**<br>██████████████<br>Sugarland, TX ████ | **<u>RGV-RGC-R1023E</u>**<br>Tax Property Id. 2713<br>Geographic Id. 00283-06100-02300-000100<br><br>AB 283 POR 61 M B PENA 5150-3275-03 |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167<br>Room 201<br>Rio Grande City, TX  78582 | **<u>RGV-RGC-R1023E</u>**<br>Tax Property Id. 2713<br>Geographic Id. 00283-06100-02300-000100<br><br>AB 283 POR 61 M B PENA 5150-3275-03 |